UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 DEC 10 AM 9: 18

CLERK
BY_____
DEPUTY CLERK

Lena Morrigan,                      )
also known as Lee Morrigan,         )
                                    )
    Plaintiff,                     )
                                    )
v.                                  )   Case No. 2:25-cv-753
                                    )
Mary-Katherine Stone,               )
                                    )
    Defendant.                     )

**ORDER**

A review of the docket reveals the following:

1. On September 10, 2025, Plaintiff, representing themself, filed an application to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915, seeking to bring an action against Vermont state representative Mary-Katherine Stone.

2. On October 6, 2025, the Clerk's Office sent Plaintiff a letter regarding the omission of a signature on the required financial affidavit in support of the IFP application.

3. On November 6, 2025, having received no response, the court issued an Order requiring Plaintiff to either pay the civil case filing fee of $405 or submit a complete IFP Application, including a signed financial affidavit, no later than December 1, 2025. The court warned that "[s]hould Plaintiff fail to comply . . . , the case shall be dismissed without prejudice." (Doc. 3 at 3 (emphasis omitted).)

4. The court's mailing of the Order, together with a blank financial affidavit, was not returned as undeliverable.

5. As of the date of this Order, no further filings have been received.

Because Plaintiff has not paid the filing fee, submitted a complete IFP Application, or otherwise responded to the court's November 6 Order, this case is DISMISSED WITHOUT PREJUDICE. The court certifies that any appeal would not be taken in good faith under 28 U.S.C. § 1915(a)(3).

    SO ORDERED.

    Dated at Burlington, in the District of Vermont, this 10th day of December, 2025.

District Judge Crawford
United States District Court